

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00606-CV

**MICHAEL SHALIT d/b/a KIMBERLY INVESTMENT COMPANY**, Lynzara-Austin Real Estate Management, LLC, as General Partner of Kendall County Development Company, L.P., and as General Partner of Tapatio Springs Real Estate Holdings, L.P., Robyn Real Estate Investments, L.P., Robyn Utility Investments, L.P., and Robyn Utility Investments Management, LLC,
Appellants

v.

**TAPATIO SPRINGS REAL ESTATE HOLDINGS, L.P.**, Kendall County Development Company, L.P., Kendall County Utility Company, Inc., Tapatio Springs Utility Holdings, L.P., and Tapatio Springs Hospitality Holdings, L.P.,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 12-298B
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

On July 9, 2025, we issued a memorandum opinion affirming the trial court's judgment. Appellants then filed a motion for rehearing. We deny the motion for rehearing. However, to clarify our disposition and judgment, we withdraw our memorandum opinion and judgment and substitute a new memorandum opinion and this judgment in their place.

Therefore, in accordance with this court's memorandum opinion on motion for rehearing of this date, the trial court's "Order Granting the Receivership Entities' Motion for Summary Judgment and Motion for Severance," signed on August 8, 2024, is AFFIRMED. We tax costs of court against appellants.

SIGNED December 17, 2025.

_____
Rebeca C. Martinez, Chief Justice